UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| ALFRED L. BROOKS,<br><br>      Plaintiff - Appellant,<br>v.<br><br>JAMES BUSI; et al.,<br><br>      Defendants - Appellees. | No. 05-16586<br>D.C. No. CV-97-02117-LKK<br><br><br><br>**ORDER** |

This appeal has been taken in good faith    [✓]

This appeal is not taken in good faith    [ ]

Explanation: _____

_____

_____

_____

*[signature]*
Judge
United States District Court

Date: 10/12/05