United States District Court

Eastern District of California

Alfred L. Brooks,

        Plaintiff,                        No. Civ. S 97-2117 LKK PAN P

   vs.                                 Order

James Busi, et al.,

        Defendants.

-oOo-

November 17, 2005, plaintiff requested excerpts of record. I construe this as a request to order parts of the proceedings not already on file (see F.R.A.P. 10(b)(1)); there are none. The court certified the record August 18, 2005. Plaintiff's request is denied.

So ordered.

Dated: December 20, 2005.

                                             /s/ Peter A. Nowinski
                                           PETER A. NOWINSKI
                                           Magistrate Judge